**Order entered April 29, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01273-CV

### EVANGELINA AMARO, Appellant

### V.

### ROBERTO AMARO, SR., Appellee

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11611**

## ORDER

On April 23, 2020, we ordered court reporter Francheska Duffey to file either the reporter's record or written verification appellant had not paid or made arrangements to pay for the reporter's record. By letter filed April 27, 2020, Ms. Duffey informs the Court appellant has not paid for the record.

Our April 23rd order cautioned appellant that the appeal would be submitted without the reporter's record if we received notification she had not paid or made arrangements to pay for the record. *See* TEX. R. APP. P. 37.3(c). Accordingly, we

**ORDER** the appeal submitted without the reporter's record. *See id.* We further

**ORDER** appellant to file her brief on the merits no later than May 29, 2020.

/s/    KEN MOLBERG
        JUSTICE